**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

          **RE: JACK SENG HER**
                Docket Number: 1:05CR00314-02 AWI
              <u>**CONTINUANCE OF JUDGMENT**</u>
              <u>**AND SENTENCE**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from April 10, 2006 to May 1, 2006 at 9:00am.

**REASON FOR CONTINUANCE:**

Due to mix-up in distribution dates, the draft copy of the presentence investigation report was not delivered to counsel in a timely fashion. The requested continuance allows counsel sufficient time to review and respond to the report.

                            Respectfully Submitted,

                            <u>**/S/ John R. Hatfield**</u>

                            **JOHN R. HATFIELD**
                  Senior United States Probation Officer

Dated:     March 27, 2006
              Fresno, California
              JRH

Reviewed by:    <u>**/S/ James E. Herbert**</u>
                      **JAMES E. HERBERT**
                    Supervising United States Probation Officer

<u>**✘**</u>   **Approved**

<u>    </u>   **Disapproved**

IT IS SO ORDERED.

<u>**Dated:**  **March 28, 2006**</u>         <u>    /s/ Anthony W. Ishii    </u>
0m8i78                                   UNITED STATES DISTRICT JUDGE