Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710

Attorney for Defendant, JACK SENG HER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-F-05-00314 AWI |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER FOR A RESETTING OF SENTENCING HEARING |
| JACK SENG HER, | ) | |
| Defendants. | ) | DATE: September 5, 2006<br>TIME: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing for Defendants, JACK SENG HER and CHAI VANG, currently set for September 5, 2006, be continued to October 2, 2006, at 9:00 a.m.

Defense Formal Objections shall be due on September 13, 2006 and Government's reply to be due by September 29, 2006.

DATED: August 29, 2006   /s/ Eric K. Fogderude
                         ERIC K. FOGDERUDE
                         Attorney for Defendant, JACK SENG HER

DATED: August 29, 2006   /s/ Melody Walcott
                         MELODY WALCOTT, Attorney for CHAI VANG

DATED: August 29, 2006   /s/ David Gappa
                         DAVID GAPPA, Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing on the above-entitled matter be continued to October 2, 2006, at 9:00 a.m. before the Honorable Anthony W. Ishii. It is further ordered that formal objections shall be due on September 13, 2006 and Government's reply shall be due on September 29, 2006.

IT IS SO ORDERED.

**Dated:** **September 1, 2006**     /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE